IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GODFRIED AKORLI, | ) |
| Plaintiff, | ) Civil Action No. 09-00121 |
| v. | ) Judge Gary L. Lancaster |
| LANXESS CORPORATION, LANXESS DUETSCHLAND GmbH, BAYER CORPORATION, MARCY TENAGLIA, RANDY DEARTH, ROBERT CHANCE, and GUY KINGWILL | ) ELECTRONICALLY FILED |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

AND NOW COME the parties, through their respective counsel, pursuant to Rule 41, and hereby stipulate that the above-captioned case shall be dismissed with prejudice as to all Defendants. Each party to bear its own costs, expenses and attorneys' fees.

Respectfully submitted,

s/John Stember
John Stember, Esquire
PA23943
jstember@stemberfeinstein.com
Stember Feinstein Doyle & Payne, LLC
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219-1639
Telephone:   (412) 281-8400

Edward A. Olds
PA23601
edolds@earthlink.net
1007 Mount Royal Boulevard
Pittsburgh, PA 15223
Telephone:   (412) 492-8975

Counsel for Plaintiff Godfried Akorli

s/Catherine S. Ryan
Catherine S. Ryan
PA78603
cryan@reedsmith.com
Alexandria C. Samuel
PA207087
asamuel@reedsmith.com

REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886
Telephone:   (412) 288-4226/5986
Facsimile:   (412) 288-3063

Counsel for Defendants LANXESS Corporation, Bayer Corporation, Marcy Tenaglia, and Randy Dearth

SO ORDERED, this 27th day of July, 2009.

/s/ G. L. Lancaster